**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


MICHAEL MORRIS                                                                    PLAINTIFF


V.                                    5:09-cv-00107-JMM-JJV


HOLLOWAY, Deputy Jailer, W.C. "Dub" Brassell
Detention Center; HUNTER, Lt., W.C. "Dub" Brassell
Detention Center; and JERNIGAN, Sheriff Deputy,
W.C. "Dub" Brassell Detention Center                                        DEFENDANTS


## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James

M. Moody.  Any party may serve and file written objections to this recommendation.  Objections

should be specific and should include the factual or legal basis for the objection.  If the objection

is to a factual finding, specifically identify that finding and the evidence that supports your

objection.  An original and one copy of your objections must be received in the office of the United

States District Court Clerk no later than eleven (11) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.   Failure to file timely

objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.        Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted)  was not  offered at  the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof,  and a copy,  or the original, of any documentary  or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff, an inmate at the W.C. "Dub" Brassell Detention Center in Jefferson County, filed this action alleging he was the victim of excessive force.  Because the Complaint was illegible and incomplete, the Court ordered Plaintiff to file an Amended Complaint. (Doc. No. 3)  Plaintiff timely filed his Amended Complaint on May 14, 2009, and on May 15, 2009, he filed an Addendum.  (Doc. Nos. 5 & 6)  The Court subsequently mailed file-marked copies of these pleadings to Plaintiff at the detention center.  However, both of these mailings from the Court were "returned as undeliverable" on May 21, 2009 and May 22, 2009.  (Doc. Nos. 7 & 8)  Since May 15, 2009, Plaintiff has not monitored the progress of his case nor has he provided a current address, despite being ordered to do so.  (Doc. No. 9)

Under these circumstances, the Court concludes that Plaintiff's Complaint should be

dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).[1]  *See also* Fed. R. Civ. P. 41(b)(district court may dismiss case for failure to prosecute or comply with court orders); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962)(district court has power to dismiss *sua sponte* under Rule 41(b)); *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986)(quoting *Haley v. Kansas City Star*, 761 F.2d 489, 491 (8th Cir. 1985))(a district court has the power to dismiss an action for the plaintiff's failure to comply with *any* court order; such a dismissal may be with prejudice if there has been "'a clear record of delay or contumacious conduct by the plaintiff'")(emphasis added); *Garrison v. Int'l Paper Co.*, 714 F.2d 757, 759 (8th Cir. 1983)(it is well settled that the district court has inherent power, acting on its own initiative, to dismiss a cause of action with prejudice for want of prosecution).

IT IS THEREFORE RECOMMENDED that Plaintiff's Complaint  (Doc. No. 2) be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

DATED this 22nd day of September, 2009.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1]Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

3