**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MICHAEL MORRIS                                                                                  PLAINTIFF


V.                                          5:09-cv-00107-JMM-JJV


HOLLOWAY, Deputy Jailer, W.C. "Dub" Brassell
Detention Center; HUNTER, Lt., W.C. "Dub" Brassell
Detention Center; and JERNIGAN, Sheriff Deputy,
W.C. "Dub" Brassell Detention Center                                                  DEFENDANTS


**ORDER**

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.        IT IS THEREFORE ORDERED that:

      1.  This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local

Rule 5.5(c)(2).

      2.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from any Order adopting these recommendations would not be taken in good faith.

      DATED this 6th day of October, 2009.


_____
UNITED STATES DISTRICT JUDGE