**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


MICHAEL MORRIS                                                                      PLAINTIFF


V.                                        5:09-cv-00107-JMM-JJV


HOLLOWAY, Deputy Jailer, W.C. "Dub" Brassell
Detention Center; HUNTER, Lt., W.C. "Dub" Brassell
Detention Center; and JERNIGAN, Sheriff Deputy,
W.C. "Dub" Brassell Detention Center                                               DEFENDANTS


**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.  Furthermore, the Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this

Judgment and the accompanying Order would not be taken in good faith.

DATED this <u>6</u><sup>th</sup> day of <u>October</u>, 2009.


_____
UNITED STATES DISTRICT JUDGE